```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|11|09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

TSAVLIRIS SALVAGE INTERNATIONAL
LTD.,

                        Plaintiff,

           - v -

HANSEATIC P&I and ZELLER ASSOCIATES
MANAGEMENT SERVICES GMBH,

                        Defendants.

-------------------------------------X

**ORDER**

09 Civ. 3707 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     **WHEREAS** the complaint in this action was filed on April 10, 2009; and

     **WHEREAS** Process of Maritime Attachment and Garnishment was issued against all tangible or intangible property of defendants in the amount of $5,348,110.98 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on April 15, 2009; and

     **WHEREAS** plaintiff notified the Court by letter, dated June 5, 2009, that funds in the amount of $3,832 were attached; and

     **WHEREAS** plaintiff notified the Court by letter on August 6, 2009 that, the attachment order having expired on July 18, 2009, the restrained funds in the amount of $3,832 were recently deposited into the Registry of the Court; it is hereby

**ORDERED** that this case is dismissed without prejudice, and, upon request by plaintiff, the case will be reopened for the purpose of any necessary proceeding to enforce any judgment or arbitration award rendered in connection with a resolution on the merits of the dispute that is the subject of this action.

Dated:   New York, New York
         August 10, 2009

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Christopher Carlsen, Esq.
Clyde & Co US LLP
405 Lexington Avenue, 11th Floor
New York, NY 10174

**Attorney for Defendants**
LeRoy Lambert, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

2